# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>LAKWINDER SINGH, et al.,<br><br>Defendants. | Case No.: 1:17-CV-01103 - DAD - JLT<br><br>ORDER AFTER NOTICE OF SETTLEMENT (Doc. 13) |

The parties have alerted the Court that the matter has resolved. (Doc. 13 at 2) They indicate they will seek dismissal of the action within 60 days. Id. at 2. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed **no later than May 18, 2018**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated: **March 20, 2018**          **/s/ Jennifer L. Thurston**
                                   UNITED STATES MAGISTRATE JUDGE