# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW YORK MARINE AND GENERAL INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>    v.<br><br>NORTHWEST CARRIER LOGISTICS, LLC, and LAKWINDER SINGH,<br>          Defendants. | Case No.: 1:17-cv-01103 - DAD - JLT<br><br>ORDER GRANTING THE JOINT APPLICATION FOR AN EXTENSION OF TIME TO FILE<br><br>(Doc. 15) |

Previously, the parties informed the Court that the action reached an agreement, and indicated they would seek dismissal of the action with sixty days. (Doc. 13 at 2) Accordingly, the Court ordered the parties to file a stipulation to dismiss no later than May 18, 2013. (Doc. 14) The parties now seek additional time to file the stipulation, reporting they have faced "unforeseen delays in resolution of the underlying *Singh v. Northwest Carrier Logistics* personal injury lawsuit, which gave rise to this federal action. (Doc. 15 at 2) Good cause appearing, the Court **ORDERS**:

1. The parties' joint request for an extension (Doc. 15) is **GRANTED**; and
2. The stipulation for dismissal **SHALL** be filed no later than **June 18, 2018**.

IT IS SO ORDERED.

Dated:   **May 24, 2018**                  **/s/ Jennifer L. Thurston**
                                                                UNITED STATES MAGISTRATE JUDGE