1

2

3

4

5

6

7

8            **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11    NEW YORK MARINE AND GENERAL              Case No.: 1:17-CV-01103 - DAD - JLT
      INSURANCE COMPANY,
12                                            ORDER CLOSING CASE
                     Plaintiff,               (Doc. 17)
13
             v.
14
      NORTHWEST CARRIER LOGISTICS,
15    LLC, et al.,

16                   Defendants.

17

18          The parties have stipulated to dismiss the action.  (Doc. 17)  The stipulation relies upon

19    Fed.R.Civ.P. 41, which permits the plaintiff to dismiss an action without a court order "by filing . . . a

20    stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).

21    Because all parties who have appeared in the action signed the stipulation (Doc. 79), it "automatically

22    terminate[d] the action."  *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).  Accordingly,

23    the Clerk of Court is **DIRECTED** to close this action.

24
      IT IS SO ORDERED.
25
26        Dated:  __June 7, 2018__            _____/s/ Jennifer L. Thurston_____
                                              UNITED STATES MAGISTRATE JUDGE
27

28